## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| MOTLEY CREW, LLC, A LAW FIRM, JOSEPH R. REISINGER ESQUIRE, LLC, AND JOSEPH R. REISINGER ESQUIRE, | : No. 103 MM 2014 |
| Petitioners | |
| v. | |
| BONNER CHEVROLET CO. INC., PAUL R. MANCIA, RICHARD F. CROSSIN, JOHN J. GILL, JR., GENERAL MOTORS COMPANY, THOMAS N. CROSSIN, JOSEPH CROSSIN, AND JAMES E. MILLER, BONITA MANCIA, AND FRANCES A. MILLER, | |
| Respondents | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 21st day of August, 2014, the Application for Extraordinary Relief and the Application for Leave to Amend are **DENIED**.